U. S. MARSHAL
**RECEIVED**
JUL 1 8 2005
DEL RIO, TX

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
# Western District of Texas

UNITED STATES OF AMERICA

V.

RAUL ELIAS DOMINGUEZ, JR.

**WARRANT FOR ARREST**

CASE NUMBER:   DR-01-CR-550(01) WWJ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RAUL ELIAS DOMINGUEZ, JR. _____
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF TERMS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)

in violation of
Title _____ United States Code, Section(s) _____

Consuelo Chavez
Name of Issuing Officer

*Consuelo Chavez* (signature)
Signature of Issuing Officer

Case Coordinator
Title of Issuing Officer

July 18, 2005        Del Rio, TX
Date and Location

Bail fixed at
$ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |